IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RYLEE JUNE C., | ) | Civil Action No. 5:22-CV-00331-TJM |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Hon. Thomas J. McAvoy |
| v. | ) | Senior United States District Court Judge |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| *Defendant* | ) | Stipulation – Document Filed Electronically |

### Consent Order for Payment of Fees under the Equal Access to Justice Act

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of five thousand and thirty-two dollars and sixty-three cents ($5,032.63).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 18th day of August, 2023;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $5,032.63, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
HON. THOMAS J. MCAVOY
UNITED STATES DISTRICT COURT

The undersigned hereby consent to the form and entry of the within order.

Dated: August 17, 2023

| Kilolo Kijakazi, | Rylee Jean C., |
|---|---|
| Acting Commissioner of | |
| Social Security | |
| | |
| By Her Attorneys, | By Her Attorney, |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | _____ |
| /s/ Geoffrey M. Peters | Howard D. Olinsky, Esq. |
| Geoffrey M. Peters | Olinsky Law Group |
| Special Assistant United States Attorney | 250 S. Clinton St., Ste. 210 |
| NY Bar Roll No. 704027 | Syracuse, NY 13202 |
| Social Security Administration | Phone: (315) 701-5780 |
| Office of Program Litigation, Office 2 | Fax: (315) 701-5781 |
| Office of the General Counsel | Email: holinsky@windisability.com |
| 6401 Security Blvd | |
| Baltimore, MD 21235 | |
| Tel.: (617) 565-1849 | |